IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LUTHER CHARLES CARTER,** | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Case No. 2:08-cv-1111-TMP |
| | ) |
| **GARY HETZEL; ATTORNEY GENERAL** | ) |
| **OF THE STATE OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

On January 9, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. The petitioner filed objections on January 22, 2009.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 5th day of February, 2009.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**